UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
LIN, QI QI § Case No. 12-45510
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Kathay Bank |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security | | | | | |
| | AT&T | | | | | |
| | Bloomingdale Court LLC | | | | | |
| | Chase Freedom | | | | | |
| | MacCarb | | | | | |
| | Meikem Supply | | | | | |
| | Nicor | | | | | |
| | Polar Ice | | | | | |
| | Rose Pest | | | | | |
| | Southlake Plaza LLC | | | | | |
| | TJX Rewards/GECRB | | | | | |
| | WFNNB-Express | | | | | |
| | Western Reserve Life | | | | | |
| 7 | BMW BANK OF NORTH AMERICA | | | | | |
| 5 | COMMONWEALTH EDISON CO | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | DISCOVER BANK | | | | | |
| 2 | GROOT INDUSTRIES INC. | | | | | |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 1 | SIMON PROPERTY GROUP INC. | | | | | |
| 10 | AMERICAN EXPRESS BANK FSB | | | | | |
| 11 | AMERICAN EXPRESS BANK FSB | | | | | |
| 9 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 6 | CAPTIAL RECOVERY V, LLC | | | | | |
| 8 | ECAST SETTLEMENT CORP ASSIGNEE | | | | | |
| 12 | PORTFOLIO RECOVREY ASSOCIATES LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-45510 | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | LIN, QI QI | | Date Filed (f) or Converted (c): | 11/16/12 (f) |
| | | | 341(a) Meeting Date: | 01/11/13 |
| For Period Ending: | 11/08/13 | | Claims Bar Date: | 04/22/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 150,000.00 | 0.00 | | 0.00 | FA |
| 2. INLAND BANK CHECKING ACCT | 120.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL AND JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 5. 2008 FORD | 3,500.00 | 0.00 | | 0.00 | FA |
| 6. LIFE INSURANCE POLICY (u) | 0.00 | 18,758.99 | | 18,758.99 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $155,120.00 | $18,758.99 | | $18,758.99 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/13

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 17.03a

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-45510 -CAS |
| Case Name: | LIN, QI QI |
| Taxpayer ID No: | *******6195 |
| For Period Ending: | 11/08/13 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1483 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 03/23/13 | | Western Reserve Life Assurance of Ohio P.O. Box 1447 4333 Edgewood Rd NE Cedar Rapids IA 52499 | LIQUIDATION OF INSURANCE POLICY | 18,758.99 | | | | | 18,758.99 |
| 03/23/13 | 6 | Asset Sales Memo: | LIFE INSURANCE POLICY $18,758.99 | | | | | | 18,758.99 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -10.00 | | 18,748.99 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -26.97 | | 18,722.02 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -27.83 | | 18,694.19 |
| 09/25/13 | 010001 | Brenda Porter Helms | | | | 2,625.90 | | | 16,068.29 |
| 09/25/13 | 010002 | Simon Property Group Inc. c/o Simon Property Group 225 W. Washington St Indianapolis IN 46030 | Final Distribution | | | 11,713.28 | | | 4,355.01 |
| 09/25/13 | 010003 | Groot Industries Inc. 2500 Landmeier Rd Elk Grove Village IL 60007 | Final Distribution | | | 64.56 | | | 4,290.45 |
| 09/25/13 | 010004 | Discover Bank DB Servicing Corp P.O. Box 3025 New Albany OH 43054 | Final Distribution | | | 1,076.78 | | | 3,213.67 |
| 09/25/13 | 010005 | Quantum3 Group LLC as agent for Comenity Bank P.O. Box 788 Kirkland WA 98083 | Final Distribution | | | 32.36 | | | 3,181.31 |
| 09/25/13 | 010006 | Commonwealth Edison Co 3 Lincoln Center Attn: Bankruptcy Section Oakbrook Terrace IL 60181 | Final Distribution | | | 455.34 | | | 2,725.97 |
| 09/25/13 | 010007 | Captial Recovery V, LLC c/o Recovery Management Systems Corp 25 SE 2nd Ave #1120 Miami FL 33131 | Final Distribution | | | 149.35 | | | 2,576.62 |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 17.03a

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-45510 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | LIN, QI QI | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1483  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6195 | | | |
| For Period Ending: | 11/08/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 09/25/13 | 010008 | BMW Bank of North America<br>P.O. Box 23356<br>Pittsburgh PA 15222 | Final Distribution | | | 524.05 | | | 2,052.57 |
| 09/25/13 | 010009 | eCAST Settlement Corp assignee<br>of Chase Bank USA<br>P.O. Box 29262<br>New York NY 10087 | Final Distribution | | | 1,623.50 | | | 429.07 |
| 09/25/13 | 010010 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern PA 19355 | Final Distribution | | | 105.15 | | | 323.92 |
| 09/25/13 | 010011 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern PA 19355 | Final Distribution | | | 155.89 | | | 168.03 |
| 09/25/13 | 010012 | American Express Bank FSB<br>Becket and lee LLP<br>P.O. Box 3001<br>Malvern PA 19355 | Final Distribution | | | 97.72 | | | 70.31 |
| 09/25/13 | 010013 | Portfolio Recovery Associates LLC<br>GE Capital Retain Bank (Sams Club)<br>P.O. Box 41067<br>Norfolk VA 23541 | Final Distribution | | | 70.31 | | | 0.00 |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 17.03a

**FORM 2** Exhibit 9
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-45510 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | LIN, QI QI | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1483 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6195 | | |
| For Period Ending: | 11/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| Account *******1483 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 18,758.99 | 13 | Checks | 18,694.19 |
| | 0 | Interest Postings | 0.00 | 3 | Adjustments Out | 64.80 |
| | | Subtotal | $ 18,758.99 | 0 | Transfers Out | 0.00 |
| | | | | | Total | $ 18,758.99 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 18,758.99 | | | |

Trustee's Signature: /s/ BRENDA PORTER HELMS, TRUSTEE Date: 11/08/13
BRENDA PORTER HELMS, TRUSTEE

LFORM2XT
UST Form 101-7-TDR (5/1/2011) (Page: 10)

Ver: 17.03a